IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SHEA LYNN MCGILL, | § § § |
| Plaintiff, | § § |
| v. | §   Case No. 6:23-cv-206-JDK § |
| FINANCIAL DATA SYSTEMS, LLC, | § § § |
| Defendant. | § § § |

## ORDER DISMISSING CASE

Before the Court is Plaintiff Shea Lynn McGill's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Docket No. 13. Rule 41(a)(1)(A)(i) only allows dismissal without a court order if the opposing party has not yet served an answer or summary judgment motion or on a stipulation of dismissal signed by all parties who have appeared. Because Defendant Financial Data Systems has filed an answer (Docket No. 5) and did not sign the voluntary dismissal, Rule 41(a)(1)(A)(i) does not apply.

Rule 41(a)(2) allows dismissal by court order on terms that the court considers proper. Because Defendant is currently not represented by counsel, the Court finds dismissal without prejudice based on Plaintiff's request proper at this time. Should Defendant wish to object to this determination after retaining counsel, Defendant may petition the Court to reopen this case within twenty-eight days pursuant to Rule 59(e).

Pursuant to Plaintiff's request, the Court **DISMISSES** all pending claims in this matter without prejudice pursuant to Rule 41(a)(2). Plaintiff's counsel is directed to immediately serve a copy of this order on Defendant and to file proof of service upon completion of service.

So **ORDERED** and **SIGNED** this **9th** day of **February, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE